PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision

Name of Offender:  Joseph Perry                                                Case Number:  3:15CR41-1

Name of Sentencing Judicial Officer:  The Honorable Gina M. Groh, Chief U. S. District Judge

Date of Original Sentence:  February 1, 2016

Original Offense:  Aiding and Abetting Attempted Possession With Intent to Distribute Heroin

Original Sentence:  32 months incarceration followed by three years supervised release

Type of Supervision:  Supervised Release               Date Supervision Commenced:  August 28, 2018

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | Standard Condition No. 6:  The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>On October 7, 2020, the undersigned officer met with the defendant via Google Duo.  At that time, the defendant indicated he had quit his job.  The defendant failed to notify the undersigned officer of his employment status change as required. |
| 2 | Standard Condition No. 6:  The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>On October 7, 2020, the undersigned officer met with the defendant via Google Duo.  At that time, the defendant indicated his sister-in-law had moved into his residence.  The defendant failed to notify the undersigned officer of this change as required. |

U. S. Probation Officer Action/Recommendation:

The term of supervision should be:

[X]  No action at this time.  The defendant also failed to report leaving his Suboxone Treatment program.  However, he remains compliant with the referral made by the undersigned officer for substance abuse counseling.

He was verbally reprimanded for his lack of communication. The undersigned officer reviewed the conditions of supervision with the defendant as well.

The probation office will continue to monitor the defendant's compliance with the conditions of supervised release. Any future violations will be promptly reported to the Court.



Respectfully submitted,

*Angel D. Akers*

By:   Angel D. Akers
      U. S. Probation Officer
      Date:  October 14, 2020

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

☐ No Response

☑ Concur with U. S. Probation Officer's Recommendation

*Lena M. Lhoh*
Signature of Judicial Officer

October 15, 2020
Date